UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 3:22-BK-03366 |
| | § | |
| SC&W REAL ESTATE INVESTMENT, LLC | § § § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva M. Lemeh, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $195,600.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $62,149.22 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $17,609.06 | | |

3)  Total gross receipts of $79,758.28 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $79,758.28 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $195,600.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $17,609.06 | $17,609.06 | $17,609.06 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $304,400.00 | $304,400.00 | $62,149.22 |
| **Total Disbursements** | $0.00 | $517,609.06 | $322,009.06 | $79,758.28 |

4). This case was originally filed under chapter 7 on 10/19/2022. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/14/2023</u>　　　　　　By:　<u>/s/ Eva M. Lemeh</u>
　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Contract with Building Company No. 7, LLC Deposits made for Pool & Pool House $84,739.82 | 1129-000 | $36,755.82 |
| See Schedule A/B Part 1, Question 3 Attachment Checking 7 0 4 0 | 1129-000 | $1,002.46 |
| Potential 547 action against James Cox for $26,884.23. | 1141-000 | $20,000.00 |
| potential 547 action for $104,000 against Half-Moon Development, LLC | 1141-000 | $17,500.00 |
| Potential 549 action against Chris Forget for $14,535.00.  A check was written to him pre-petition, but it cleared post- | 1141-000 | $2,000.00 |
| Potential 547 action against Utilities Construction Company, LLC for $15,000. | 1241-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$79,758.28** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Renasant Bank | 4210-000 | $0.00 | $195,600.00 | $0.00 | $0.00 |
| | CITY OF SPRING HILL | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$195,600.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva M. Lemeh, Trustee | 2100-000 | NA | $7,237.91 | $7,237.91 | $7,237.91 |
| Eva M. Lemeh, Trustee | 2200-000 | NA | $4.66 | $4.66 | $4.66 |
| Pinnacle Bank | 2600-000 | NA | $1.49 | $1.49 | $1.49 |
| U. S. BANKRUPTCY COURT CLERK | 2700-000 | NA | $1,400.00 | $1,400.00 | $1,400.00 |
| Thompson Burton PLLC, Attorney for Trustee | 3210-000 | NA | $8,965.00 | $8,965.00 | $8,965.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$17,609.06** | **$17,609.06** | **$17,609.06** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CITY OF SPRING HILL | 7200-000 | $0.00 | $304,400.00 | $304,400.00 | $62,149.22 |
| | Middle TN Erosion & Sediment Control, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $304,400.00 | $304,400.00 | $62,149.22 |

| Case No.: | 22-03366 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | SC&W REAL ESTATE INVESTMENT, LLC | | Date Filed (f) or Converted (c): | 10/19/2022 (f) |
| For the Period Ending: | 12/14/2023 | | §341(a) Meeting Date: | 11/14/2022 |
| | | | Claims Bar Date: | 04/24/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | See Schedule A/B Part 1, Question 3 Attachment Checking 7 0 4 0 | $1,002.46 | $1,002.46 | | $1,002.46 | FA |
| Asset Notes: | Atty p young will send a letter to Renessant Bank asking for the return of the $196,500 which was in the debtor's account at the time of filing (They will likely tell us that the bond has been called and that the money is gone; but I think we need to get the documentation on that for the file.) (Sch B attachment - Renasant Bank (Current balance is $15,537.46. However, there is an outstanding check #1237 out for $14,535.00 that still needs to clear written to a Chris Forget for materials). | | | | | |
| 2 | Performance Bond for Reserve at Bellagio Villas Phase 1 Section 1 | $72,600.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | bond issuer refused to turn over bond funds because project had to hire another contractor who charged more; city filed a claim for in excess of 300,000 which was the cost to finish the project | | | | | |
| 3 | Maintenance Bond for Reserve at Bellagio Villas Phase 1 Section 1 | $123,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Trustee received documentation and explanation -loan documents executed and deposit account and letters of credit given to bank as collateral for project; project is not complete and another contractor hired to complete the project so funds not subject to turnover as bank is a secured creditor | | | | | |
| 4 | Contract with Building Company No. 7, LLC Deposits made for Pool & Pool House $84,739.82 | $84,739.82 | $84,739.82 | | $36,755.82 | FA |
| Asset Notes: | turnover action for $84,739.82 against Building Company No. 7, LLC. | | | | | |
| 5 | potential 547 action for $104,000 against Half-Moon Development, LLC | $104,000.00 | $104,000.00 | | $17,500.00 | FA |
| Asset Notes: | adversary 23-90032; settled for payment of $17,500 from defendant Half Moon Development. Order entered 08/21/23 (docket entry no. 43) listed in original SOFA 4 | | | | | |
| 6 | Potential 547 action against James Cox for $26,884.23. | $24,000.00 | $26,884.23 | | $20,000.00 | FA |
| Asset Notes: | adversary 23-90030. settled for payment of $20,000 from defendant James Cox. Order entered 05/05/23 (docket entry no. 24) listed in original SOFA 4 | | | | | |
| 7 | Potential 547 action against Utilities Construction Company, LLC for $15,000. | (u) $15,000.00 | $15,000.00 | | $2,500.00 | FA |
| Asset Notes: | adversary no. 23-90033; settled for payment of $2,500 from defendant Utilities Construction Company, LLC. Order entered 05/05/23 (docket entry no. 24) | | | | | |

| Case No.: | 22-03366 | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|
| Case Name: | SC&W REAL ESTATE INVESTMENT, LLC | Date Filed (f) or Converted (c): | 10/19/2022 (f) |
| | | §341(a) Meeting Date: | 11/14/2022 |
| For the Period Ending: | 12/14/2023 | Claims Bar Date: | 04/24/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8 | Potential 549 action against Chris Forget for $14,535.00. A check was written to him pre-petition, but it cleared post-petition- an unauthorized post-petition transfer. | $14,535.00 | $14,535.00 | | $2,000.00 | FA |
| **Asset Notes:** | adversary no. 23-90031; settled for payment of $2,000 from defendant Chris Forget. Order entered 05/05/23 (docket entry no. 24) originally listed in attachment to Schedule B | | | | | |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $438,877.28 | $246,161.51 | | $79,758.28 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/07/2023 | paid special counsel fees; once check clears case ready for tfr |
| 09/01/2023 | once pay attys fees/expenses of atty young case will be ready for tfr |
| 08/22/2023 | order approving motion for comp and settlement signed once receive money atty p young wil file fee app after he is paid case will be ready for tfr |
| 07/11/2023 | motion for comp and settlement on last adversary filed |
| 06/02/2023 | one adversary to resolve, when resolved atty young will file fee app |
| 05/16/2023 | comp and settle orders signed now waiting on checks; atty young will then file fee app then case will be ready for tfr |
| 04/01/2023 | once adversaries resolved and pay atty young case will be ready for tfr |
| 03/01/2023 | response from renasant bank below-it is a secured creditor of debtor's letter of creditor and deposit accounts |

| Case No.: | 22-03366 | | | Trustee Name: | Eva M. Lemeh |
| Case Name: | SC&W REAL ESTATE INVESTMENT, LLC | | | Date Filed (f) or Converted (c): | 10/19/2022 (f) |
| For the Period Ending: | 12/14/2023 | | | §341(a) Meeting Date: | 11/14/2022 |
| | | | | Claims Bar Date: | 04/24/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

02/16/2023    email from counsel for Renasant Bank-holding bond funds

Eva:

Good afternoon. Thanks for taking my call. As mentioned, this firm represents Renasant Bank. We are gathering some information from our client and should get back with you next week. Pursuant to your letter dated January 23, 2023, you requested a response by tomorrow. Please confirm we have more time to respond.

Also, please confirm that you waive any conflict of interest as it relates to our representation of Renasant, with respect to our firm's former representation of you.

Regards,

Patrick

    Patrick Warfield
Partner
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
 direct 615-724-3230
fax 615-724-3330
pwarfield@burr.com
Web

| Case No.: | 22-03366 | | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|---|
| Case Name: | SC&W REAL ESTATE INVESTMENT, LLC | | | Date Filed (f) or Converted (c): | 10/19/2022 (f) |
| For the Period Ending: | 12/14/2023 | | | §341(a) Meeting Date: | 11/14/2022 |
| | | | | Claims Bar Date: | 04/24/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/23/2023   Update from atty young:

Atty p young will send a letter to Renessant Bank asking for the return of the $196,500 which was in the debtor's account at the time of filing (They will likely tell us that the bond has been called and that the money is gone; but I think we need to get the documentation on that for the file.)

(Sch B attachment - Renasant Bank (Current balance is $15,537.46. However, there is an outstanding check #1237 out for $14,535.00 that still needs to clear written to a Chris Forget for materials).

1) will send demand letter to Renasant Bank RE: Debtor's account at Renasant totaling $196,500.00 (the "Funds") upon which the bank placed a hold as security for certain bonds for a construction project in favor of the City of Spring Hill, Tennessee, asking for the return of the $196,500. They will likely tell us that the bond has been called and that the money is gone; but we need to get the documentation on that for the file.

2) I believe we have a 547 action for $104,000 against Half-Moon Development, LLC. I suggest we send them a demand letter.

3) I believe we have a 547 action against James Cox for $26,884.23. I suggest we send a demand letter.

4) I believe we have a 547 action against Utilities Construction Company, LLC for $15,000. I suggest we send a demand letter.

5) I believe we have a 549 action against Chris Forget for $14,535.00. A check was written to him pre-petition, but it cleared post-petition. I believe that is an unauthorized post-petition transfer. Do you want to pursue it? It is a relatively small amount and collection against an individual would be difficult. I'd probably let it go but your call.

6) I believe we have a turnover action for $84,739.82 against Building Company No. 7, LLC. I suggest we send a demand letter.

01/17/2023   atty young will send demand letters; file APs if necessary
12/01/2022   atty p young sent demand letters for turnover and preferences/fraud convs
10/26/2022   received tax returns and forwarded to accountant for review
10/26/2022   questions raised after read/reviewed explanation of preference/fraud transfers and review of tax returns:

1. Has the Debtor sold any property to related individuals or companies?
2. Does Mr. Cox own or control any other entities that have had transactions with the Debtor?
3. Any transactions with Half Moon Development and the Debtor not already disclosed?
4. What happened to the almost $500,000 of cash that LLC had at 12/31/21?
5. Are there any lots of land left to be sold?

| Case No.: | 22-03366 | | Trustee Name: | Eva M. Lemeh |
| Case Name: | SC&W REAL ESTATE INVESTMENT, LLC | | Date Filed (f) or Converted (c): | 10/19/2022 (f) |
| For the Period Ending: | 12/14/2023 | | §341(a) Meeting Date: | 11/14/2022 |
| | | | Claims Bar Date: | 04/24/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/24/2022   possible preferences/fraud conv so emailed atty p young to review for conflicts and get employed if none; requested biz docs from debtor's atty

Initial Projected Date Of Final Report (TFR):   06/30/2024    Current Projected Date Of Final Report (TFR):   12/31/2023    /s/ EVA M. LEMEH

EVA M. LEMEH

| Case No. | 22-03366 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | SC&W REAL ESTATE INVESTMENT, LLC | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6565 | | Checking Acct #: | ******0311 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/19/2022 | | Blanket bond (per case limit): | $8,000,000.00 |
| For Period Ending: | 12/14/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2022 | (1) | SC&W REAL ESTATE INVESTMEN | balance in checking account | 1129-000 | $1,002.46 | | $1,002.46 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1.49 | $1,000.97 |
| 02/14/2023 | (4) | Building Company Number Seven, Inc. | balance of contract with Building Company Number Seven, LLC | 1129-000 | $36,755.82 | | $37,756.79 |
| 05/06/2023 | (7) | Utilities Construction Company, LLC | settlement proceeds per order to compromise and settle adversary no. 23-90033 entered on 05/05/23 (docket entry no. 24) | 1241-000 | $2,500.00 | | $40,256.79 |
| 05/19/2023 | (8) | Robert Waldschmidt IOLTA Escrow account | settlement proceeds to settle adversary no. 21-900031; order entered 05/05/23 (docket entry no. 24) | 1141-000 | $2,000.00 | | $42,256.79 |
| 05/23/2023 | (6) | James F Cox | settlement proceeds to settle adversary no. 21-90030; order entered 05/05/23 (docket entry no. 24) | 1141-000 | $20,000.00 | | $62,256.79 |
| 08/30/2023 | (5) | James F Cox | per order authorizing comp/settle adv. pro. 23-90032 entered on 08/21/2023 (docket entry no. 43) | 1141-000 | $17,500.00 | | $79,756.79 |
| 10/07/2023 | 3001 | Thompson Burton PLLC | pay special counsel's attorney's fees per order entered on 10/06/23 (docket entry no. 51) | 3210-000 | | $8,965.00 | $70,791.79 |
| 11/28/2023 | 3002 | Eva M. Lemeh | Trustee Compensation Trustee Expenses | * | | $7,242.57 | $63,549.22 |
| | | | Claim Amount $(7,237.91) | 2100-000 | | | $63,549.22 |
| | | | Claim Amount $(4.66) | 2200-000 | | | $63,549.22 |
| 11/28/2023 | 3003 | U. S. BANKRUPTCY COURT CLERK | Account Number: ; Claim #: ; Notes: Adversary fees for 23-0030A, 23-0031A, 23-0032A and 23-0033A; Amount Claimed: 1,400.00; Amount Allowed: 1,400.00; Dividend: 1.97; Distribution Dividend: 100.00; | 2700-000 | | $1,400.00 | $62,149.22 |
| 11/28/2023 | 3004 | CITY OF SPRING HILL | Account Number: ; Claim #: 2; Notes: allow/unsecured; Amount Claimed: 304,400.00; Amount Allowed: 304,400.00; Dividend: 87.79; Distribution Dividend: 20.42; | 7200-000 | | $62,149.22 | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-03366 | | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|---|
| Case Name: | SC&W REAL ESTATE INVESTMENT, LLC | | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6565 | | | Checking Acct #: | ******0311 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/19/2022 | | | Blanket bond (per case limit): | $8,000,000.00 |
| For Period Ending: | 12/14/2023 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $79,758.28 | $79,758.28 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $79,758.28 | $79,758.28 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $79,758.28 | $79,758.28 | |

| For the period of 10/19/2022 to 12/14/2023 | | For the entire history of the account between 11/01/2022 to 12/14/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $79,758.28 | Total Compensable Receipts: | $79,758.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,758.28 | Total Comp/Non Comp Receipts: | $79,758.28 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $79,758.28 | Total Compensable Disbursements: | $79,758.28 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $79,758.28 | Total Comp/Non Comp Disbursements: | $79,758.28 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 22-03366 | | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|---|
| Case Name: | SC&W REAL ESTATE INVESTMENT, LLC | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***6565 | | Checking Acct #: | ******0311 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/19/2022 | | Blanket bond (per case limit): | $8,000,000.00 |
| For Period Ending: | 12/14/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $79,758.28 | $79,758.28 | $0.00 |

**For the period of 10/19/2022 to 12/14/2023**

| | |
|---|---|
| Total Compensable Receipts: | $79,758.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,758.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $79,758.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $79,758.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/19/2022 to 12/14/2023**

| | |
|---|---|
| Total Compensable Receipts: | $79,758.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,758.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $79,758.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $79,758.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA M. LEMEH

EVA M. LEMEH